UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANK DAVID MORELLO
4585 North 25th Road
Arlington VA 22207

          **Plaintiff**

v.

DISTRICT OF COLUMBIA

Serve:   Mayor Vincent C. Gray
         John A. Wilson Building
         1350 Pennsylvania Avenue NW
         Washington DC 20004
and
         Office of the Attorney General
         Claims Unit, 6th Floor South
         441 4th Street NW
         Washington DC 20001

          **Defendant**

Case Number:

1:14-cv-82

## COMPLAINT

The Plaintiff Frank Morello hereby makes this Complaint for monetary damages, as well as declaratory and injunctive relief.

## PARTIES

1. The Plaintiff is a former member of the District of Columbia Metropolitan Police Department who resigned in good standing December 22, 2001 after more than ten years of service as a police officer.

2. The Defendant is a municipal government capable of being sued.

## JURISDICTION AND VENUE

3. Each of the events complained of herein occurred within the District of Columbia.

4. The Plaintiffs offers a cause of action arising under 42 U.S.C. §1983 for being subjected to a deprivation of his rights, privileges, and/or immunities secured by the Constitution and applicable law, by persons acting under color of the authority of the government of the District of Columbia.

5. Under 28 U.S.C. §1331, the United States District Court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States, including 42 U.S.C. §1983.

6. The Plaintiff asks this Court to declare his rights and other legal relations.

7. Under the Declaratory Judgment Act, 28 U.S.C. § 2201 *et. seq.*, the United States District Court may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought.

8. In accordance with D.C. Code § 12-309, the Plaintiff has given notice in writing to the Mayor of the District of Columbia of the approximate time, place, cause, and circumstances of the injuries sustained by the Plaintiff within six months after such injuries were sustained.  However, the Plaintiff makes no waiver of defenses against these notice requirements for any claim brought forth in a Federal venue and for any claim arising under Federal law.  The Plaintiff further asserts the Defendant's good and sufficient actual and/or constructive prior notice of all claims.

**RELEVANT STATUTE**

9. The Law Enforcement Officers Safety Act of 2004 provides that a police officer who

   a. separated from service in good standing from service with a public agency as a law enforcement officer and,

   b. before such separation, was authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of, or the incarceration of any person for, any violation of law, and had statutory powers of arrest and,

   c. before such separation, served as a law enforcement officer for an aggregate of 10 years or more and,

   d. during the most recent 12-month period, has met, at the expense of the individual, the standards for qualification in firearms training for active law enforcement officers, as determined by the former agency of the individual and,

   e. has not been officially found by a qualified medical professional employed by the agency to be unqualified for reasons relating to mental health and,

   f. has not entered into an agreement with the agency from which the individual is separating from service in which that individual acknowledges he or she is not qualified under this section for reasons relating to mental health and,

   g. is not prohibited by Federal law from receiving a firearm,

may carry a concealed firearm that has been shipped or transported in interstate or foreign commerce, notwithstanding any other provision of the law of any State or any political subdivision thereof, subject to some additional other limitations not applicable herein. 18 U.S.C. § 926C.

## RELEVANT FACTS

10. The Plaintiff was appointed a police officer with the Metropolitan Police Department on February 20, 1990.  Pl.'s Ex. A.

11. The Plaintiff resigned his position with the Metropolitan Police Department on December 21, 2001 after more than ten years of continuous service as a police officer.  *Id.*, Pl.'s Ex. B, C.

12. During such times of appointment and employment as a police officer, the Plaintiff was authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of, or the incarceration of any person for, any violation of law, and had statutory powers of arrest.  See, *e.g.*, D.C. CODE §§ 5-127.04; 5-127.05; 23-561; 23-581.

13. The Plaintiff is not disqualified to possess a firearm under Federal law.

14. The Plaintiff has not been officially found by a qualified medical professional employed by the agency to be unqualified for reasons relating to mental health.

15. The Plaintiff has not entered into any agreement with the Metropolitan Police Department in which he acknowledged he is not qualified under this section for reasons relating to mental health

4

16. On September 19, 2013, the Plaintiff applied to receive from the Metropolitan Police Department a photographic identification that identifies the Plaintiff as having been employed as a police officer and indicates that the Plaintiff had been tested or otherwise found to meet the active duty standards for qualification in firearms training.

17. At the instruction of Sergeant Colin Hall of the Metropolitan Police Department Gun Control Unit, the Plaintiff at his own expense qualified with his handgun under the supervision of a qualified firearms instructor.  Pl.'s Ex. D.

18. On November 15, 2013, the Plaintiff was informed by a letter from Sgt. Hall that he would not receive the requested photographic identification from the Metropolitan Police Department.  Pl.'s Ex E.

19. The Plaintiff was later informed by Sgt. Hall that he would not receive the requested photographic identification from the Metropolitan Police Department as Sgt. Hall claimed the Plaintiff did not separate or retire from the Metropolitan Police Department in good standing.  Pl.'s Ex. F.

20. Sgt. Hall's claim was false, as the Plaintiff's documentation of his resignation "to pursue other career opportunity" demonstrates.  Pl.'s Ex. A-C.

21. Sgt. Hall's claim was false, as the Plaintiff was not terminated for any adverse cause.  Pl.'s Ex. A-C.

22. The Metropolitan Police Department has denied the Plaintiff his requested photographic identification for a reason not permitted by law.

## COUNT I

### Deprivation of a Property Interest

23. The allegations set forth in Paragraphs 1 through 22 above are referenced and incorporated as if fully repeated herein.

24. The Metropolitan Police Department has established procedures for establishing eligibility and the issuance of photographic identification for all qualified former Metropolitan Police Officers in furtherance of the Law Enforcement Officers Safety Act.

25. The Plaintiff has met each and all of the requirements of eligibility, but the Metropolitan Police Department has deprived the Plaintiff of such photographic identification for reasons not permitted by law.

26. The Plaintiff having met each and all of the requirements for issuance of such photographic identification establishes a property interest in such identification unless otherwise disqualified by law.

27. The Defendant has deprived the Plaintiff of such interest without due process or lawful cause.

## COUNT II

### Deprivation of a Liberty Interest

28. The allegations set forth in Paragraphs 1 through 27 above are referenced and incorporated as if fully repeated herein.

29. The Plaintiff has a liberty interest established by the Second Amendment of the United States Constitution to bear arms for self defense in confrontation.

30. The United States Congress has determined that persons who have been previously or currently employed as police officers have a particular likelihood of such confrontation due to their duties as police officers. See, *e.g.*, H.R. REP. No. 560, 108th Cong., 2nd Sess. 2004.

31. The United States Congress has further determined that such persons, if not otherwise disqualified are entitled to carry concealed handguns throughout the United States and the District of Columbia, with certain limitations not applicable herein. *Id*.

32. The deprivation of the photographic identification by the Metropolitan Police Department has deprived the Plaintiff of his exercise of this liberty interest without due process or lawful cause.

## COUNT III

### Deprivation of Equal Protection Under Law

33. The allegations set forth in Paragraphs 1 through 32 above are referenced and incorporated as if fully repeated herein.

34. The Defendant has deprived the Plaintiff of his photographic identification while providing other similarly situated persons such photographic identification.

35. The Defendant has deprived the Plaintiff of his photographic identification without a rational basis under law.

36. By the Defendant depriving the Plaintiff of his photographic identification without lawful cause, the Plaintiff has been denied equal protection of the laws.

37. Such deprivation of equal protection of the laws was a direct result of an official policy of the District of Columbia government.

**Request for Declaratory and Injunctive Relief**

38. The allegations set forth in Paragraphs 1 through 37 above are referenced and incorporated as if fully repeated herein.

39. The Plaintiff is entitled to declaratory relief under 28 U.S.C. § 2201(a), wherein the Plaintiff asks this Court to declare the deprivation of his photographic identification and the attendant immunities of the Law Enforcement Officers Safety Act to be unlawful.

40. The Plaintiffs ask this Court to direct the Defendant to issue the Plaintiff such photographic identification as provided by law.

**WHEREFORE**, the Plaintiff requests the Court to find the Defendant's actions to be unlawful and injurious to the Plaintiff. The Plaintiff demands monetary damages exceeding twenty dollars, in an amount to be determined according to proof at trial, plus costs, interest and attorney's fees as provided by 42 U.S.C. § 1988.

The Plaintiff further asks the Court to award such punitive damages as the Court finds necessary to appropriately punish the Defendant and deter similar misconduct in the future.

The Plaintiff demands a jury trial on all issues so triable.

Respectfully Submitted,

_____
Matthew August LeFande
Attorney at Law PLLC
4585 North 25th Road
Arlington VA 22207
Tel: (202) 657-5800
Fax: (202)318-8019
email: matt@lefande.com
Attorney for the Plaintiffs
DC Bar #475995

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## PERSONNEL ACTION

AUTO
PERS. FORM 1
(REV. 2/85)

| Field | Value |
|---|---|
| TRANSACTION CODE | |
| ORIGINATING AGENCY | FA POLICE DEPT |
| 1. SOCIAL SECURITY NUMBER (002) | REDACTED |
| 2. NAME (008) LAST FIRST MIDDLE | MORELL, FRANK E |
| 2A. (009) 1.MR 2.MRS 3.MISS 4.MS | 1 |
| 3. DATE/ACTION NO. | 065317 |
| 4. EFFECT. DATE MO DY YR | 01-03-02 |
| 5. DEPARTMENT | POLICE DEPT |
| 6. ADDRESS (013) STREET | 5939 BAYSHIRE RD |
| CITY (014) | SPRINGFIELD |
| STATE (015) | VA |
| ZIP (016) | 22152-1147 |
| 7. DATE OF BIRTH (221) | REDACTED |
| 8. PHYSICAL HANDICAP (236) | 04 |
| 9. VETERANS PREFERENCE (238) | 1 |
| 10. NATURE OF ACTION/CODE | 317 RESIGNATION |
| 11. AUTHORITY | XXXXXXXXX |
| EMPLOYMENT DATE (223) | 02 26 90 |
| 12. SERVICE COMP. DATE (222) | 02 26 90 |
| 13. D.C. SERVICE COMP. DATE | 02 26 90 |
| 14. FEGLI REGULAR (084) | DC: A |
| 15. HEALTH BENEFITS CODE (081) | DC: HM1 |
| 16. FROM: POSITION TITLE AND NUMBER | OFFICER 003540T |
| 17. PAY SCHEDULE SERIES | PS 00000 |
| 18. GRADE | 01/00 |
| STEP | 07 |
| 19. SALARY | 48743 |
| 20. ORGANIZATIONAL UNIT | PDB 1ST DISTRICT |
| 21. PAYROLL ORG CODE | 15-022-000 |
| PAY GROUP | 02 |
| TENURE IN POSITION | PS-0000-01- |
| 23. PAY SCHEDULE SERIES (226) | |
| 24. GRADE (031) | |
| STEP (032) | |
| 25. SALARY (033) | |
| TIME SERVICE (043) | |
| 27. PAYROLL ORG CODE | 004 |
| 29. RETIREMENT (070) | 03 |
| 30. PAY GROUP (001) | 02 |
| 33. SERVICE CODE (026) | 001 AAA |
| 35. LEAVE CEILING (196) | |
| 36. EMPLOYMENT TYPE (027) | 1 |
| 37. POSITION TYPE (235) | 1 |
| 38. TERMINATION CODE (183) | 34003 |
| 39. CERTIFICATE TO EMPLOY NO. | XX00000 |

Multiple Rules: Primary — 1 0 0 F A 2 7 6 0 0 1 1 0 0 A P P K 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.
☐ SUBJECT TO COMPLETION OF _____ YEAR _____ PERIOD BEGINNING _____
FLSA STATUS 02      DC RSCD

REMARKS:
(ADL) RESIGNED TO PURSUE OTHER CAREER OPPORTUNITY.
FORWARDING ADDRESS: SAME AS ABOVE.
LUMP SUM ANNUAL LEAVE PAYMENT MAY BE DUE.

PLAINTIFF'S EXHIBIT A

LCD 02/26/90

FRINGE 002

44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE) / DATE
45. APPROVING OFFICER AND AGENCY (SIGNATURE): Bert I. Ennis, Director, Human Services
APPROVAL DATE: 01 03 02

| DC Standard Form 52— Office of Personnel District of Columbia Personnel Manual | #563311   REQUEST FOR PERSONNEL ACTION | DEPARTMENT: MPD |
|---|---|---|

**PART I. REQUESTING OFFICE:** Unless otherwise instructed, fill in all items in this part, except those inside the heavy lines. If applicable, obtain resignations and separation data on reverse side.

| 1. SOCIAL SECURITY | 2. NAME (Last, First, Middle) Mr-Mrs-Miss-Ms | 3. EFFECTIVE DATE | 4. BIRTH DATE |
|---|---|---|---|
| REDACTED | Morello, Frank D. | 12/22/01 | REDACTED |

| A. Kind of Action Requested: (1) Personnel (Specify appointment, reassignment, resignation etc.) | B. Request No. 634-2002 | C. Date of Request |
|---|---|---|
| (2) Position (Specify establish, review, abolish, etc.) | D. Proposed Eff. Date | E. Position Sensitivity |

| 5. VETERAN PREFERENCE 1—None 2—5 PT 3—10 PT | 6. DC SCD 02/26/90 | 7. TOTAL SCD 02/26/90 | 8. HANDICAP CODE: 04 | 9. RETIREMENT (1-14) 04B, 03 |
|---|---|---|---|---|
| 1 | | | | |

| 10. FEGLI | Basic | Option A | Option B | Option C | 11. Bargaining Unit KAA | 12. TENURE GROUP (1, 2, or 3) and (AD, A or B) |
|---|---|---|---|---|---|---|

| 13. NATURE OF ACTION/CODE 317 Resignation NTE DATE: | 14. AUTHORITY | 15. HB Code: Carrier Control No.: |
|---|---|---|

| 16. FROM: Position Title and Number Officer 0035497 | Service Code D01 | 17. Pay Schedule and Series PS-0000 | 18. (a) Grade 01 | (b) Step 07 | 19. Salary 48243 | Time Service 80 Flag (1-8) |
|---|---|---|---|---|---|---|
| | | | | | Additional Comp. | |

20. Name and Location of Organizational Unit/Organizational Code
R.O.C.C. District 1 Commander

21. Payroll Org Code 73-021-000  Pay Group 02

| 22. TO: Position Title and Number | Service Code | 23. Pay Schedule and Series | 24. (a) Grade | (b) Step | 25. Salary | Time Service Flag (1-8) |
|---|---|---|---|---|---|---|
| | | | | | Additional Comp. | |

26. Name and Location of Organizational Unit/Organizational Code

27. Payroll Org Code

| 28. Labor Distribution Rule | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | DRC | JOB | ACTIVITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 100 | FA2 | 0 | CD1 | 1 | 00 | APP | 0000 | 0000 | 0000 | 000 |

| 29. Labor Distribution Rule is Certified Correct | 30. TARGET GRADE | 31. Pay Group 02 | 32. Physical Location Code DC |
|---|---|---|---|
| Agency Controller or Designee    Date | | | |

F. Remarks by Requesting Office (Continue in Item F on Reverse Side, if necessary)

33. Employment Date 02-26-90

| G. Requested By: (Signature and Title) (Leave blank on resignations) | I. Request Approved By: (*) Department Head _____ (signature) |
|---|---|
| H. For Additional Information Call: (Name and Telephone Number) | |

**PART II. TO BE COMPLETED BY PERSONNEL OFFICE** (Items inside heavy lines in Part I also to be completed.)

| J. Position Classification Action: | ☐ Identical Additional | ☐ New | ☐ Vice | ☐ Regraded |
|---|---|---|---|---|

| K. Clearances | Initials or Signature | | (8) Remarks: (Note: Use Item 8 on Reverse side for Personnel Form-1 Remarks) |
|---|---|---|---|
| (1) Ceil. or Pos. Control | | | |
| (2) Budget Clearance | | | (9) Qualification Standards: |
| (3) Pers. Ofc. Control | | | |
| (4) Classification | | | |
| (5) Staffing | A. J. Langston | | (10) Classification Determination: |
| (6) Employee Relations | | | |
| (7) Approved by: | | | |

* NOTE: Additional approval concurrence blocks on the reverse side.

PLAINTIFF'S EXHIBIT B

ART III. TO BE COMPLETED BY EMPLOY[EE]
signation (Important) NOTE TO EMPLOYEE: Give specific reasons for your resignation. Avoid general[iz]ed reasons, such as "ill health," "personal reason"
RESIGN FOR THE FOLLOWING REASONS:

_____ (Date resignation is written)

[E EFFECTIVE DATE OF MY RESIGNATION WILL BE

_____ (Date) _____ (Signature)

RT IV. SEPARATION DATA
rward Communications, including Salary Checks and Bonds, to the following address:
umber and Street)                    (City)                    (State)           (ZIP Code)

RT I. (CONTINUED)
Remarks by Requesting Office:                                 SUGGESTED REMARKS:
☐ Panel this job.
☐ Advertise for 30 days.
☐ Newspaper/Journal advertising.
☐ Advertise D.C.-Wide.
☐ Advertise Nationwide
☐ Certificate to Employ No.

RT II. (CONTINUED)
) Personnel Form-1 Remarks:
Subject to completion of _____ probationary (or trial) period commencing _____
Service counting toward Career-Permanent Tenure from: _____
Standard Remarks needed: Item(s)— _____
Exempt from the Residency Requirement
Non-Standard Remarks included below:

Resigned to pursue other career opportunity

Forwarding Address: 5939 Bayshire Rd.
Springfield, VA 22152

Lump sum annual leave payment may be due.

NCURRENCES:

| TITLE | | | | |
|---|---|---|---|---|
| INITIALS | | | | |
| DATE | | | | |

Metropolitan Police Department
First District

November 16, 2001

TO: Chief of Police

THRU: Executive Assistant Chief of Police

THRU: Assistant Chief
ROC-Central

THRU: Commanding Officer
First District

THRU: Lieutenant
PSA 111

ATTN: Personnel Liaison Officer

SUBJECT: Voluntary Resignation of Officer Frank D. Morello of the First District

Per G.O. 207.1, I, Officer Frank D. Morello (Badge #2261), request that this letter serve as the required 30 day written notice of my intention to voluntarily resign from the position of Police Officer, Grade 1/Step 7. It is requested that this resignation be effective at the conclusion of the pay period ending on December 22, 2001.

The reason for my resignation is that I have discovered a career opportunity that provides an environment to broaden my professional experiences and presents promising opportunities for professional growth. I wish to thank the Metropolitan Police Department for the opportunities and experiences that I have enjoyed throughout my career, and hope that the skills and abilities acquired here will ensure my success in any endeavor. Per G.O. 207.1, I have provided the following biographical information to facilitate the separation process.

Date of appointment: 02/26/1990

Forwarding address: 5939 Bayshire road, Springfield, VA. 22152

S.S.#: ( REDACTED )

Date of separation: End of pay period, December 22, 2001.

Frank D. Morello
Officer
First District


PLAINTIFF'S EXHIBIT C


# FIREARMS QUALIFICATION RECORD

IN ACCORDANCE WITH THE RULES AND REGULATIONS OF LAW ENFORCEMENT SAFETY ACT OF 2004, THE FOLLOWING NAMED OFFICER:

Frank David Morello

NAME OF OFFICER                    SIGNATURE

HAS MET THE ANNUAL FIREARMS QUALIFICATION STANDARD.

TYPE OF WEAPON:   ☐ Glock, Semi Auto    ☒ .38 Cal.
SCORE:                     43 Hits out of 52    38 Hits out of 50

DATE: 10/6/20?     QUALIFIED           FIREARMS INSTRUCTOR

THIS QUALIFICATION IS GOOD FOR ONE YEAR.



PLAINTIFF'S EXHIBIT
D

**Law Enforcement Safety Act of 2004**

This act does not grant any affirmative rights to active and retired law enforcement officers. It does not provide automatic permission, license, or authority for officers to carry firearms throughout the country. The law does not grant nationwide jurisdiction, police authority, power of arrest, or any other police powers. It does not provide the active or retired law enforcement officer with any immunity or other legal protection. *The Law Enforcement Officer Safety Act simply exempts qualified active or retired law enforcement officers from state laws prohibiting the carrying of concealed weapons.*

Joseph Wooldridge
Firearms Instructor
(202) 257-1700

MPDC ID #0684
Exp. 2/2014



SEP 1 9 2013

## METROPOLITAN POLICE DEPARTMENT HUMAN SERVICES

*(Applicants from Agencies other then M.P.D., have your Agency copy and complete this letter on your Agency's letterhead, and return)*

I certify below that the following person meets the definition of the term "qualified retired law enforcement officer" as defined by the Law Enforcement Officers Safety Act of 2004, and amended by the Law Enforcement Officers Safety Act Improvement Act of 2010, U.S. Code Title 18, Chapter 44, Section 926 C. A research of the employment records reveals that below listed applicant:

1. Retired or Separated in good standing from service as a law enforcement officer, then for reasons of mental instability

2. Before such retirement was regularly employed as a law enforcement officer for an aggregate of ten (10) years or more, or retired from service after completing any applicable probationary period of such service, due to a service-connected disability, as determined by this agency.

3. Has non-forfeitable rights to benefits under the retirement plan of this agency

4. Before such retirement was authorized by laws to engage in or supervise the prevention, detection, investigation, or prosecution of, or the incarceration of any person for any violation of law and had statutory powers of arrest.

Last Name: __Morello__   First Name: __Frank__   Middle Name: __D__

Social Security Number: __REDACTED__   Date of Birth: __REDACTED__

Date of Appointment: __2/26/90__   Date of Retirement/Separation: __11-15-02__

Sex:___ Race:___ White: __✓__ Black:___ American Indian___ Hispanic___ Asian:___ Other:___

CERTIFIED BY:
__DENIED__
Printed Name and Title of Human Resources Official

__Capt Christopher Cummings__
Signature of Human Resources Official            __10/2/13__ Date

— APPLICANT FAILED TO SATISFY THE NECESSARY REQUIREMENTS

PLAINTIFF'S EXHIBIT E

  

**Gun Control and Firearms Registration**

300 Indiana Ave. N.W. Room 3077, Washington D.C., 20001 (202) 727-4275 FAX (202) 442-4247

Mr. Frank Morello
4585 25th Rd North
Arlington, VA 22207

*November 15, 2013*

Mr. Morello,

This notice is in response to your application that you filed with the Washington, DC Metropolitan Police Department dated September 19th, 2013, for qualification in the Law Enforcement Officers Safety Act of 2004 (L.E.O.S.A.).

The Metropolitan Police Department has established that you are unable to meet the strict standards set forth by the L.E.O.S.A. for verification of retirement/separation in good standing from service with a public agency as a Law Enforcement Officer.

Due to this finding your application for Retired Law Enforcement Officer's Firearms Certificate in accordance with L.E.O.S.A. has been *denied.*

Should you have any questions in reference to this matter, you may contact me on (202)727-4275, or by writing to the Metropolitan Police Department, Gun Control Unit, 300 Indiana Avenue N.W., Room 3077, Washington, D.C. 20001.

Sincerely,

Colin Hall
Sergeant
Gun Control Unit



PLAINTIFF'S EXHIBIT F